# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2014

148086

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JAMES S. ADKINS,
        Plaintiff-Appellee,

v

                                  SC: 148086
                                  COA: 314556
                                  Oakland CC: 2011-781633-DM

JANET K. ADKINS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



t0519

                                    Clerk